

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 265TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 28th day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| JOHN ARTHUR HILL, Appellant | On Appeal from the 363rd Judicial District Court, Dallas County, Texas |
| No. 05-16-01512-CR        V. | Trial Court Cause No. F15-76425-W. |
| | Opinion delivered by Justice Myers. |
| THE STATE OF TEXAS, Appellee | Justices Lang and Fillmore participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

"Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62" should be changed to "Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62"

"The age of the victim at the time of the offense was N/A" should be changed to "The age of the victim at the time of the offense was younger than 14 years of age"

As **REFORMED**, the judgment is **AFFIRMED**. We direct the trial court to prepare a new judgment that reflects these modifications.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 7th day of June, 2018.

LISA MATZ, Clerk